In the Matter of STUART D. BAKER et al., Appellants, v PATRICK A. HEANEY et al., Respondents.

Submitted June 6, 2005; decided June 14, 2005

Motion by the Suffolk County Village Officials Association, insofar as it seeks leave to file a brief amicus curiae on the motion for leave to appeal herein, granted; motion, insofar as it seeks leave to file a brief amicus curiae on the appeal herein, dismissed as academic.